In the Matter of Proving the Last Will and Testament of IDA CARHART, Deceased. MARY J. BEDELL, as Executrix and Trustee Named in the Last Will and Testament of IDA CARHART, Deceased, Respondent; EDWARD E. BEDELL, Individually and

as Executor, etc., of ETTA BEDELL KOOP, Also Known as HENRIETTA KOOP, Deceased, Appellant.— Decree of the Surrogate's Court of Nassau county admitting the last will of Ida Carhart to probate unanimously affirmed, with costs to respondent, payable out of the estate. The exclusion of the testimony of Mrs. Koop at folios 104-105 was erroneous, but under the circumstances in this case the error may be disregarded. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.